sion, Fourth Department. July 6, 1916.) Motion for reargument denied with $10 costs. Motion for leave to appeal to Court of Appeals denied.

John R. WILDER, as admr., etc., respt., v. LEHIGH VALLEY R. CO., applt. .(Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment and order affirmed with costs. All concur.

John R. WILDER, as admr., etc., respt., v. LEHIGH VALLEY R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion for leave to appeal to Court of Appeals denied, with $10 costs.

In the Matter of Gottlieb WILHELM, dec'd. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Decree affirmed, with costs. No opinion. Order filed.

Samuel T. WILLIAMS and another, plaintiffs, v. PETER KEELER BUILDING COMPANY and others, defendants. (Supreme Court, Appellate Division, Second Department. November 24, 1915.) Motion denied, without costs.

Henry WILLIS, as a stockholder in Rochester Electric Railway Co., etc., respt., v. CITY OF ROCHESTER, impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Order (93 Misc. Rep. 239, 157 N. Y. Supp. 815) affirmed with $10 costs and disbursements. All concur.

Byron D. WILLOUGHBY, respt., v. BROTHERHOOD OF LOCOMOTIVE FIREMEN AND ENGINEMEN, applt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment modified by deducting therefrom the sum of $679.75 and as so modified, affirmed, together with the order, with costs to the respondent. All concur.

Graham WITSCHIEF, as executor, etc., of William H. Hilton, deceased, respondent, v. Frederick E. WHITNEY, appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, upon the ground that the answer was duly served, and the court had no authority to direct acceptance of short notice of trial or that the action should be placed on the calendar for the May term. Jenks, P. J., and Thomas, Carr, Stapleton, and Rich, JJ., concur.

Claerchen WITTEMANN, respt., v. DELAWARE, L. & W. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment affirmed with costs. All concur, except Foote and Merrell, JJ., who dissent.

Mervyn WOLFF, Respt., v. Elbert A. BRINKERHOF, Jr., impld., etc., Applt. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Mervyn WOLFF v. Noel Jourda DE VAUX et al. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion to dismiss appeal denied, with $10 costs. Order filed.

Hazel L. WOOD, applt., v. Mary J. BIRD, respt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Order affirmed with $10 costs and disbursements. All concur.

WOOD HARMON WARRANTY CORPORATION, respondent, v. PLANDOME CONSTRUCTION COMPANY and others, defendants, and Barnet W. Rod Company and Mayer Malbin, appellants. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Mills, Rich, and Putnam, JJ., concur.

In the Matter of the claim of James C. WOODWARD, claimant-respt., v. E. W. CONKLIN & SON, Inc., employer, and Ætna Life Insurance Company, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Motion granted.

WORLD'S DISPENSARY MEDICAL ASS'N., applt., v. Robert J. COLLIER et al., respts. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Order affirmed with $10 costs and disbursements. All concur. See, also, 86 Misc. Rep. 217, 148 N. Y. Supp. 405.

Mary R. WRIGHT et al. v. Mary R. WRIGHT et al., impld. with N. Y. Public Library, etc., Respt., and Knickerbocker Hospital, Applt. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Ellen V. XAVIER, respondent, v. Delia NAUGHTON, appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Motion denied, without costs.

Ellen V. XAVIER, respondent, v. Delia NAUGHTON, appellant. Appeal No. 1. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Order affirmed, without costs. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

Ellen V. XAVIER, respondent, v. Delia NAUGHTON, appellant. Appeal No. 2. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Order affirmed, without costs. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

Adolph ZIMMERMAN, respt., v. Henry HELLER, impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment (91 Misc. Rep. 273, 154 N. Y. Supp. 673) affirmed, with costs. All concur.